**Jerry Robert JONES, Petitioner–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS, Director, Respondent–Appellee.**

No. 01–6089.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Jerry Robert Jones, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Jerry Robert Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Virginia Dep't of Corr.*, No. CA–00–889–7 (W.D.Va. Nov. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*